# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

*In the matter of*

*APPLICATIONS FOR WRITS OF HABEAS CORPUS AD PROSEQUENDUM FILED IN CONNECTION WITH 26-MJ-1500-VET*

Case Nos.
- 26-cv-01656-BAS
- 26-cv-01657-BAS
- 26-cv-01659-BAS
- 26-cv-01665-BAS
- 26-cv-01668-BAS
- 26-cv-01670-BAS
- 26-cv-01671-BAS

**ORDER REQUIRING RESPONSE**

Presently before the Court are seven Petitions and Applications for Writ of Habeas Corpus Ad Prosequendum. (ECF Nos. 1–2.) The Petitions allege Petitioner were arrested and have not been presented for an initial appearance in violation of Federal Rule of Criminal Procedure 5. Petitioners seek a writ of habeas corpus ad prosequendum directing Respondents to immediately present Petitioners to a magistrate judge for arraignment.

- 1 -

26cv1582

The Court **ORDERS** Respondents to file a response to the Petitions and Applications no later than **11:59 p.m.** on **March 18, 2026**.  Petitioners may voluntarily dismiss these actions if they become moot.  Further, the Clerk of Court shall serve this Order on the U.S. Attorney's Office.

   **IT IS SO ORDERED.**


**DATED: March 18, 2026**

_____
**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**

26cv1582